IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONSWELLA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. _____ |
| vs. ) | |
| ) | |
| CITIMORTGAGE, INC., ) | |
| CITIGROUP MORTGAGE LOAN ) | |
| TRUST, INC., MARKET STREET ) | |
| MORTGAGE CORPORATION, THE ) | |
| BANK OF NEW YORK, AND ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS CITIMORTGAGE, INC., CITIGROUP MORTGAGE LOAN TRUST, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendants CitiMortgage, Inc. Citigroup Mortgage Loan Trust, Inc., and Mortgage Electronic Registration Systems, Inc. submit the following Certificate of Interested Persons and Corporate Disclosure Statement:

1. The undersigned counsel of record for Defendants CitiMortgage, Inc., Citigroup Mortgage Loan Trust, Inc., and Mortgage Electronic Registration

Systems, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a party:

- CitiMortgage, Inc.
- Citigroup Mortgage Loan Trust, Inc.
- Citigroup Inc. (indirect parent corporation of CitiMortgage, Inc. and Citigroup Mortgage Loan Trust, Inc.)
- Conswella Brown
- Market Street Mortgage Corporation
- The Bank of New York
- Mortgage Electronic Registration Systems, Inc.
- MERSCORP Holdings, Inc. (parent corporation of Mortgage Electronic Registration Systems, Inc.)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case:

- None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- *Defendant CitiMortgage, Inc., Citigroup Mortgage Loan Trust, Inc., and Mortgage Electronic Registration Systems, Inc.*

    Christopher J. Willis (Georgia Bar No. 766297)
    Stefanie H. Jackman (Georgia Bar No. 335652)
    BALLARD SPAHR LLP
    999 Peachtree Street, N.E., Suite 1000
    Atlanta, Georgia 30309
    Telephone: (678) 420-9300
    Facsimile: (678) 420-9301
    willisc@ballardspahr.com
    jackmans@ballardspahr.com

- *Plaintiff Conswella Brown*

    Conswella Brown, *pro se*
    3717 Arminto Drive
    Ellenwood, Georgia 30294
    Telephone: (678) 612-0058
    herownboss@gmail.com

- *Defendant Market Street Mortgage Corporation*

    Counsel is unknown as this time.

- *Defendant The Bank of New York*

    Counsel is unknown as this time.

    [SIGNATURE PAGE TO FOLLOW]

Dated:  March 22, 2013

*/s/ Christopher J. Willis*
Christopher J. Willis, Ga. Bar No. 766297
willisc@ballardspahr.com
Stefanie H. Jackman, Ga. Bar No. 335652
jackmans@ballardspahr.com
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301

*Counsel for Defendant CitiMortgage, Inc., Citigroup Mortgage Loan Trust, Inc., and Mortgage Electronic Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of DEFENDANTS CITIMORTGAGE, INC., CITIGROUP MORTGAGE LOAN TRUST, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEM'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT upon the person listed below by U.S. Mail, sent first class and addressed as follows:

> Conswella Brown, *pro se*
> 3717 Arminto Drive
> Ellenwood, GA  30294

Dated:  March 22, 2013

*/s/ Stefanie H. Jackman*
Stefanie H. Jackman, Ga. Bar No. 335652
jackmans@ballardspahr.com
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301

*Counsel for Defendant CitiMortgage, Inc., Citigroup Mortgage Loan Trust, Inc., and Mortgage Electronic Registration Systems, Inc.*